**Order entered February 7, 2019**



**In The**
## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-18-00175-CV

**TOP CAT READY MIX, LLC, Appellant**

**V.**

**ALLIANCE TRUCKING, L.P., Appellee**

**On Appeal from the 191st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-15-07419**

## ORDER

Before the Court is Top Cat Ready Mix, LLC's February 6, 2019 Unopposed Amended Motion for Extension of Time to File Motion for Reconsideration in which it requests an additional thirty days to file any motion for reconsideration. We **GRANT** the motion to the extent that Top Cat is provided an additional fifteen days to file any motion for reconsideration. Top Cat shall file any motion for reconsideration by **February 21, 2019**.

/s/     KEN MOLBERG
        JUSTICE